UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHNATHAN JOHNSON,

        Petitioner,                  Case Number 08-13307
                                                Honorable David M. Lawson

v.

SUSAN DAVIS,

        Respondent.
_____/

## **JUDGMENT**

In accordance with the opinion and order denying petition for writ of habeas corpus entered this date,

It is **ORDERED AND ADJUDGED** that the petition for writ of habeas corpus is **DENIED**.

                                      s/David M. Lawson
                                      DAVID M. LAWSON
                                      United States District Judge

Dated: November 30, 2010

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on November 30, 2010.

                          s/Deborah R. Tofil
                          DEBORAH R. TOFIL